# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROY JOHN JONES, JR.,
               Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
               Respondent.

No. 79563

**FILED**

SEP 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made that resolves all issues raised in the petition when appellant filed his appeal on September 3, 2019. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. William D. Kephart, District Judge
       Roy John Jones, Jr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-40577